# Exhibit 1

| Name | Channel URL | Infringement URL | Registration Status | PA(u) Number (if applicable) | Subscribers | Total Views |
|---|---|---|---|---|---|---|
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=3sxazPr7HVk | Registered | PA 2-401-320 | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=BsjbYEWMVsQ | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=gFTSWq5eZ6Y | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=gFTSWq5eZ6Y | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=gFTSWq5eZ6Y | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=gFTSWq5eZ6Y | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=Ot3_2GQ7fIs | Not Registered | | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=SRtdHKFvrRw | Registered | PA 2-339-957 | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=SRtdHKFvrRw | Registered | PA 2-339-957 | 1.7M | 650M |
| ElWatan | https://www.youtube.com/@ElwatannewsGate | https://www.youtube.com/watch?v=SRtdHKFvrRw | Registered | PA 2-339-957 | 1.7M | 650M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=chXmJcdpzs4 | Not Registered | | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=Nf76wanuaFk | Not Registered | | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=STBKG1JxD5E | Not Registered | | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=touZW0OSpIs | Registered | PA 2-354-516 | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=touZW0OSpIs | Registered | PA 2-354-516 | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=wdjqKqoXuoU | Not Registered | | 1.24M | 850M |
| Grupo REFORMA | https://www.youtube.com/@gruporeforma | https://www.youtube.com/watch?v=wdjqKqoXuoU | Registered | PA 2-303-758 | 1.24M | 850M |
| How to Survive | https://www.youtube.com/@HowToSurviveShow | https://www.youtube.com/watch?v=1ft4hL9YAWM | Not Registered | | 1.66M | 386M |
| Huguitoo | https://www.youtube.com/@Huguitoo | https://www.youtube.com/watch?v=men2H79A1og | Registered | PA 2-292-814 | 481k | 282M |
| Huguitoo | https://www.youtube.com/@Huguitoo | https://www.youtube.com/watch?v=WuuX3LMbdCw | Not Registered | | 481k | 282M |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=9cFBco2f-r8 | Registered | PA 2-381-497 | 37.6M | 284k |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=9FFoPCC5PTE | Registered | PAu 3-004-741 | 37.6M | 284k |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=aY9m47_WD2E | Not Registered | | 37.6M | 284k |

| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=cv1p-EsbxzY | Registered | PA 2-413-863 | 37.6M | 284k |
|---|---|---|---|---|---|---|
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=G2sMlGXoqoo | Registered | PAu 3-004-741 | 37.6M | 284k |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=j4WojXKpkhs | Registered | PAu 3-004-741 | 37.6M | 284k |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=xmx5LAGM45Y | Not Registered | | 37.6M | 284k |
| India TV | https://www.youtube.com/@IndiaTV | https://www.youtube.com/watch?v=zFZ_85_KEM4 | Registered | PAu 3-004-741 | 37.6M | 284k |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Registered | PA 2-360-287 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=eIK8-6HV-Zw | Registered | PAu 3-004-741 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=KyWd7zAtf4s | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=vSI27euU8ZY | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=vSI27euU8ZY | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=vSI27euU8ZY | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=wK-0OQw3VZ0 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=ZbWekyEq5cg | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Not Registered | | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PA 2-183-304 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PA 2-320-412 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PA 2-360-279 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PA 2-360-287 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PA 2-433-453 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PAu 3-004-741 | 577 | 162,668,680 |
| Infinito | https://www.youtube.com/@infinito8204 | https://www.youtube.com/watch?v=zIA4s9YWP28 | Registered | PAu 3-004-741 | 577 | 162,668,680 |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=17vb4Ht-UVM | Not Registered | | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=1Tp_eeKPaNU | Registered | PA 2-381-497 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=2mv39_7bc2o | Registered | PA 2-348-883 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=7qq7S-14HK8 | Registered | PA 2-348-883 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=gjqfeT4VXh4 | Not Registered | | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=ImHRhUg-VME | Not Registered | | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=jTn17PQ2tmE | Registered | PA 2-381-497 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=M4rPKogON7w | Not Registered | | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=rXt0V5YN6pA | Registered | PA 2-381-497 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=tutpSxTJX_0 | Registered | PA 2-348-883 | 3.05M | 2.1B |
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=uCHbPYWPbNI | Not Registered | | 3.05M | 2.1B |

| Channel | Channel URL | Video URL | Status | Registration | Subscribers | Views |
|---|---|---|---|---|---|---|
| Kalinga TV | https://www.youtube.com/@Kalingatv24x7 | https://www.youtube.com/watch?v=zmdTKlGyI28 | Registered | PA 2-393-277 | 3.05M | 2.1B |
| Lav Luka | https://www.youtube.com/@lavluka6210 | https://www.youtube.com/watch?v=nLneSo5eDU4&t=57s | Not Registered | | 162k | 50.2M |
| Lav Luka | https://www.youtube.com/@lavluka6210 | https://www.youtube.com/watch?v=pM72ktBaKdo | Not Registered | | 162k | 50.2M |
| LookNow TV | https://www.youtube.com/@looknowtv | https://www.youtube.com/watch?v=ZHy_uLhqgDU | Not Registered | | 431K | 129.9M |
| Manorama News | https://www.youtube.com/@manoramanews | https://www.youtube.com/watch?v=fmAijLI6Sh4 | Registered | PA 2-360-279 | 8.44M | 9.71B |
| Manorama News | https://www.youtube.com/@manoramanews | https://www.youtube.com/watch?v=gAIAA-HstiM | Not Registered | | 8.44M | 9.71B |
| Manorama News | https://www.youtube.com/@manoramanews | https://www.youtube.com/watch?v=IK7KCP1EYSM | Not Registered | | 8.44M | 9.71B |
| Manorama News | https://www.youtube.com/@manoramanews | https://www.youtube.com/watch?v=-kAjkuTXSDI | Registered | PA 2-401-404 | 8.44M | 9.71B |
| Manorama News | https://www.youtube.com/@manoramanews | https://www.youtube.com/watch?v=S1vzyAvjOYM | Registered | PA 2-401-320 | 8.44M | 9.71B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=ivFnYcJI2vE | Registered | PA 2-413-863 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=iyb6hsJTRZY | Registered | PA 2-413-863 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=jrsvfN4hOKg | Registered | PA 2-360-279 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=MBmw0zxpyKk | Registered | PA 2-401-400 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=MBmw0zxpyKk | Registered | PA 2-404-612 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=MBmw0zxpyKk | Registered | PA 2-404-612 | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=uVIqnTaPaZI | Not Registered | | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=uVIqnTaPaZI | Not Registered | | 3.93M | 13.68B |
| MBCNews | https://www.youtube.com/@MBCNEWS11 | https://www.youtube.com/watch?v=vcK2GLsseyM | Registered | PA 2-436-825 | 3.93M | 13.68B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=hccWggli4xQ | Not Registered | | 2.28M | 1.02B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=JdHMAkT16J4 | Registered | PA 2-360-279 | 2.28M | 1.02B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=N-Vmw1K7TDo | Not Registered | | 2.28M | 1.02B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=vgnY-w98fPk | Registered | PA 2-436-825 | 2.28M | 1.02B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=WwWNeYgSmpM | Registered | PA 2-369-592 | 2.28M | 1.02B |
| Meganoticias | https://www.youtube.com/@Meganoticiasoficial | https://www.youtube.com/watch?v=znsgM3xyi00 | Registered | PA 2-360-279 | 2.28M | 1.02B |

| Channel | Channel URL | Video URL | Status | Registration | Subs | Views |
|---|---|---|---|---|---|---|
| Mind Boggler | https://www.youtube.com/@mindboggler | https://www.youtube.com/watch?v=fD5V2viUY24 | Not Registered | | 2.96M | 577M |
| Mind Boggler | https://www.youtube.com/@mindboggler | https://www.youtube.com/watch?v=fD5V2viUY24 | Not Registered | | 2.96M | 577M |
| Mind Boggler | https://www.youtube.com/@mindboggler | https://www.youtube.com/watch?v=rjuj-w0eIuo | Registered | PAu 3-004-741 | 2.96M | 577M |
| Natural Disasters Today | https://www.youtube.com/@NaturalDisasterToday | https://www.youtube.com/watch?v=az_SVkoqsio | Not Registered | | 16K | 2M |
| Natural Disasters Today | https://www.youtube.com/@NaturalDisasterToday | https://www.youtube.com/watch?v=C5x0K5suhMo | Registered | PA 2-354-516 | 16K | 2M |
| Natural Disasters Today | https://www.youtube.com/@NaturalDisasterToday | https://www.youtube.com/watch?v=tl--yjc3Fyk | Not Registered | | 16K | 2M |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=0vDBjsU04vk | Registered | PA 2-401-320 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=4DZbby7NL-4 | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-397-322 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-397-322 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-397-898 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-401-314 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-401-400 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=A-mEAVLK_fQ | Registered | PA 2-401-404 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=B4M_ZTtt6s8 | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=B4M_ZTtt6s8 | Registered | PA 2-360-287 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=bBOOqzxVBlk | Awaiting Certificate | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=bBOOqzxVBlk | Registered | PA 2-354-516 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=bBOOqzxVBlk | Registered | PA 2-360-287 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=bBOOqzxVBlk | Registered | PA 2-366-401 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=BdgnMUi2EkU | Registered | PA 2-339-957 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=BdgnMUi2EkU | Registered | PAu 3-004-741 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=COeXUoopdDQ | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=COeXUoopdDQ | Not Registered | | 11.9M | 4.9B |

| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=COeXUoopdDQ | Not Registered | | 11.9M | 4.9B |
|---|---|---|---|---|---|---|
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=COeXUoopdDQ | Registered | PA 2-397-322 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=COeXUoopdDQ | Registered | PA 2-401-320 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=dz08mjUDzwg | Registered | PAu 3-004-741 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=e7ail8jwlt0 | Registered | PA 2-401-400 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=e7ail8jwlt0 | Registered | PA 2-401-400 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=e7ail8jwlt0 | Registered | PA 2-401-400 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=fMJpMdDmIYU | Registered | PA 2-354-516 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=fMJpMdDmIYU | Registered | PA 2-360-279 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=g3NHyvupfSo | Registered | PA 2-388-958 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=g3NHyvupfSo | Registered | PA 2-388-958 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=gp8XuBi8iY8 | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=gp8XuBi8iY8 | Registered | PA 2-420-233 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=gpTqRVUOQUo | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=gpTqRVUOQUo | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=gpTqRVUOQUo | Registered | PA 2-105-751 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=HSd-Ul3cz0c | Registered | PA 2-360-287 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=ipNpO98Em-U | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Is-82A3x5xg | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=lAxlJZoXBN4 | Awaiting Certificate | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=LKKK-G3TZns | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=LKKK-G3TZns | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=-LLFyYEPAaQ | Registered | PA 2-412-841 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=-LLFyYEPAaQ | Registered | PA 2-412-841 | 11.9M | 4.9B |

| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=mC8ftI1ShVA | Registered | PA 2-381-497 | 11.9M | 4.9B |
| --- | --- | --- | --- | --- | --- | --- |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=MHwkpOGh7Dw | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=MHwkpOGh7Dw | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Registered | PA 2-354-516 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Registered | PA 2-360-287 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=N6DzcYSK4Rc | Registered | PA 2-414-448 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=o2rLoFwTXQA | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=o2rLoFwTXQA | Registered | PA 2-360-279 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Oa-8rgZ0k_k | Registered | PA 2-292-814 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Qqgc7Q_0Lj8 | Registered | PA 2-381-497 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=QvVQJ_JiZz8 | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=QvVQJ_JiZz8 | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=QvVQJ_JiZz8 | Registered | PA 2-105-751 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=QvVQJ_JiZz8 | Registered | PA 2-388-966 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=s0yu46JjimA | Registered | PA 2-381-497 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=tFy6zhrNlLM | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=tFy6zhrNlLM | Registered | PA 2-417-209 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=tFy6zhrNlLM | Registered | PA 2-420-233 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=T-JN1-c50nQ | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=T-JN1-c50nQ | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=T-JN1-c50nQ | Not Registered | | 11.9M | 4.9B |

| | | | | | | |
|---|---|---|---|---|---|---|
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=T-JN1-c50nQ | Registered | PA 2-354-516 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=tPUPWBF0DZg | Registered | Pa 2-388-958 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Wpw3FbKQYTg | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Wpw3FbKQYTg | Registered | PA 2-292-814 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Wpw3FbKQYTg | Registered | PA 2-381-497 | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=wXCsioRPekc | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=x3I_LL4uOgc | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=XhUIA1f-TxE | Awaiting Certificate | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=XhUIA1f-TxE | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=XhUIA1f-TxE | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=XhUIA1f-TxE | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=Z5HQp7BfVZA | Not Registered | | 11.9M | 4.9B |
| News Nation | https://www.youtube.com/@NewsNationTV | https://www.youtube.com/watch?v=ZyEA553dX5Y | Registered | PA 2-393-277 | 11.9M | 4.9B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Not Registered | | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-401-400 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-401-400 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-401-400 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-404-606 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=0zQqg8QXxMc | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=2C7uL77ZFas | Registered | PA 2-342-661 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=4UIIoQaHX9o | Registered | PA 2-401-400 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=4UIIoQaHX9o | Registered | PA 2-404-612 | 20.7 M | 9.5B |

| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=4UlIoQaHX9o | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=7h-Z_MAoAdo | Registered | PA 2-436-825 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=b9zzXyTrSKc | Registered | PA 2-414-448 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=CWX1uyUIh2Y | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=CWX1uyUIh2Y | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=ejtUAgTrjY8 | Registered | PA 2-414-448 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=KHGOydIYs00 | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=KHGOydIYs00 | Registered | PA 2-404-612 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=MnXRbKQhsJs | Registered | PA 2-393-278 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=Sde1rbvEHcw | Not Registered | | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=W3JMQl9iEHs | Registered | PA 2-393-277 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=W9sWEa64LJQ | Registered | PA 2-414-448 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=ZPtkShkSJz0 | Registered | PA 2-246-408 | 20.7 M | 9.5B |
| News18 India | https://www.youtube.com/@news18India/ | https://www.youtube.com/watch?v=ZPtkShkSJz0 | Registered | PA 2-246-408 | 20.7 M | 9.5B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=4oMYxjV7YpY | Registered | PA 2-381-497 | 9.5M | 11.24B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=cMoER4pXI4o | Registered | PA 2-360-279 | 9.5M | 11.24B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=cMoER4pXI4o | Registered | PA 2-360-287 | 9.5M | 11.24B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=gskKWeRcnpQ | Registered | PA 2-354-516 | 9.5M | 11.24B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=zU3EcmD2neU | Registered | PA 2-360-279 | 9.5M | 11.24B |
| Polimer News | https://www.youtube.com/@PolimerNews | https://www.youtube.com/watch?v=zU3EcmD2neU | Registered | PA 2-360-287 | 9.5M | 11.24B |
| Qué pasaría si - What If Español | https://www.youtube.com/@Quepasaria | https://www.youtube.com/watch?v=ZWyvLDM7cD0 | Registered | PAu 3-004-741 | 2.87M | 573M |
| Quint Hindi | https://www.youtube.com/@QuintHindi | https://www.youtube.com/watch?v=ayLNrv8CE_Y | Registered | PA 2-360-287 | 2.73M | 811M |
| Quint Hindi | https://www.youtube.com/@QuintHindi | https://www.youtube.com/watch?v=D8LR_koi9XE | Registered | PA 2-388-966 | 2.73M | 811M |
| Quint Hindi | https://www.youtube.com/@QuintHindi | https://www.youtube.com/watch?v=etVcPO_oR98 | Registered | PA 2-339-957 | 2.73M | 811M |

| Quint Hindi | https://www.youtube.com/@QuintHindi | https://www.youtube.com/watch?v=gGj5rjILd5A | Not Registered | | 2.73M | 811M |
|---|---|---|---|---|---|---|
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=CKoLrSipVc4 | Not Registered | | 2.25M | 5.16B |
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=hiXucBLk7Ys | Not Registered | | 2.25M | 5.16B |
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=KLRM380SXjE | Not Registered | | 2.25M | 5.16B |
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=lCJzacCIATk | Registered | PA 2-388-966 | 2.25M | 5.16B |
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=qUyMMDO5SmE | Not Registered | | 2.25M | 5.16B |
| Taiwan EBC News | https://www.youtube.com/@newsebc | https://www.youtube.com/watch?v=RW6PyjSqHXQ | Not Registered | | 2.25M | 5.16B |
| THE RAGE OF THE EARTH | https://www.youtube.com/@-therageoftheearth- | https://www.youtube.com/watch?v=skvWv3cGqXk | Not Registered | | 32.1K | 121K |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=0hOP-TX06s4 | Not Registered | | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=B0REdYuHn38 | Registered | PA 2-214-139 | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=Piu9W9y8t-A | Registered | PA 2-388-958 | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=Piu9W9y8t-A | Registered | PA 2-388-958 | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=XFJIIeDTth0 | Not Registered | | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=xixy7JNWyg0 | Not Registered | | 5.67M | 6.5B |
| The Young Turks | https://www.youtube.com/@TheYoungTurks | https://www.youtube.com/watch?v=xixy7JNWyg0 | Registered | PA 2-105-751 | 5.67M | 6.5B |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=-06WdkhAAUA | Registered | PA 2-401-400 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=-06WdkhAAUA | Registered | PA 2-401-400 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=-06WdkhAAUA | Registered | PA 2-404-606 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=5pFLBNwb7XA | Not Registered | | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=7pbR_8ffclk | Registered | PA 2-413-863 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=f03p2nAlxjk | Not Registered | | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=JxnXnNRnZVo | Registered | PA 2-420-233 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=m1JDniCa3uQ | Registered | PA 2-404-606 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=N4LDRaju0z8 | Registered | PA 2-401-400 | 7.84M | 81k |

| Channel | Channel URL | Video URL | Status | Reg. No. | Subs | Views |
|---|---|---|---|---|---|---|
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=nR65DcvWV6E | Registered | PA 2-413-863 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=sbk_sXCKo10 | Registered | PA 2-412-841 | 7.84M | 81k |
| TIMES NOW Navbharat | https://www.youtube.com/@timesnownavbharat | https://www.youtube.com/watch?v=sbk_sXCKo10 | Registered | PA 2-412-841 | 7.84M | 81k |
| TNN Online | https://www.youtube.com/@TNN.Online | https://www.youtube.com/watch?v=j0UE9gq0Knk | Registered | PA 2-342-661 | 5.7 M | 3.8 B |
| TNN Online | https://www.youtube.com/@TNN.Online | https://www.youtube.com/watch?v=qVnHy56Rwlk | Not Registered | | 5.7 M | 3.8 B |
| TNN Online | https://www.youtube.com/@TNN.Online | https://www.youtube.com/watch?v=SejMFna-vQo | Registered | PA 2-342-661 | 5.7 M | 3.8 B |
| TNN Online | https://www.youtube.com/@TNN.Online | https://www.youtube.com/watch?v=Wxh63XCZHZk | Registered | PA 2-354-516 | 5.7 M | 3.8 B |
| TNN Online | https://www.youtube.com/@TNN.Online | https://www.youtube.com/watch?v=ZcrxA6DNd50 | Not Registered | | 5.7 M | 3.8 B |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=7qut_P6S1Xk | Not Registered | | 2,800,000 | 1,169,773,946 |
| Top Fives | https://www.youtube.com/@topfives | https://www.youtube.com/watch?v=lYRqm0FXTug | Not Registered | | 2,800,000 | 1,169,773,946 |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=_7OE0WfdY8o | Registered | PA 2-413-863 | 8.29M | 8.28B |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=1KW4zvbKRD8 | Not Registered | | 8.29M | 8.28B |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=JnuTg90iKxA | Awaiting Certificate | | 8.29M | 8.28B |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=q23XtmGi5ss | Registered | PA 2-360-287 | 8.29M | 8.28B |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=qJL1dCbK1hA | Registered | PA 2-413-863 | 8.29M | 8.28B |
| Tribun Timur | https://www.youtube.com/@tribuntimur | https://www.youtube.com/watch?v=Y9E3l61eF3U | Registered | PA 2-413-863 | 8.29M | 8.28B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=069MeDwjURQ | Registered | PA 2-381-497 | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=AZ7Mx9WwQbc | Not Registered | | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=f9_vDogqrGY | Not Registered | | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=X4a8jQlFewU | Not Registered | | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=Y4rZJzgRnzI | Not Registered | | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=YkY51DMn_FU | Registered | PA 2-320-409 | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=yoqbSyFMF1s | Not Registered | | 4.74M | 1B |
| TRT World | https://www.youtube.com/@trtworld | https://www.youtube.com/watch?v=yoqbSyFMF1s | Not Registered | | 4.74M | 1B |

| Channel | Channel URL | Video URL | Status | Reg # | Subs | Views |
|---|---|---|---|---|---|---|
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=0-16XYMgYmQ | Registered | PA 2-381-497 | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=5qrIPVJ-PyU | Registered | PA 2-303-758 | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=8IHiwIXDEeI | Not Registered | | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=9UHboc_Huc4 | Registered | PA 2-401-400 | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=9UHboc_Huc4 | Registered | PA 2-401-477 | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=nZ5tWLl2HZ8 | Registered | PA 2-360-287 | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=ZIydesv0LcQ | Not Registered | | 17.2M | 12.1B |
| TV9 Bharatvarsh | https://www.youtube.com/@TV9Bharatvarsh | https://www.youtube.com/watch?v=ZIydesv0LcQ | Registered | PA 2-401-320 | 17.2M | 12.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=_56lfyWoQxQ | Registered | PA 2-413-863 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=6VbNqp5Ecoo | Registered | PA 2-354-516 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=k6dltRCpK60 | Registered | PA 2-413-863 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=KZo2i83Mmuc | Awaiting Certificate | | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=rcimMp3lKqs | Registered | PA 2-413-863 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=WGZx5iFClh4 | Registered | PA 2-413-863 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=X_6h1JUS-xI | Registered | PA 2-342-661 | 11M | 10.1B |
| TV9 Telugu Live | https://www.youtube.com/@TV9TeluguLive | https://www.youtube.com/watch?v=Zr5n4Y4GHwA | Registered | PA 2-360-279 | 11M | 10.1B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=28ufgjtwEh0 | Registered | PA 2-397-898 | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=28ufgjtwEh0 | Registered | PA 2-401-404 | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=GZlzR7MT8nU | Not Registered | | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=kCpfKBIadD4 | Not Registered | | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=pwR5xHl0-NI | Registered | PA 2-397-322 | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=pwR5xHl0-NI | Registered | PA 2-397-898 | 12.3M | 8.3B |
| tvOneNews | https://www.youtube.com/@tvOneNews | https://www.youtube.com/watch?v=qwuWb5Ge5gs | Registered | PA 2-354-516 | 12.3M | 8.3B |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=3dGOGQ3EQI8 | Not Registered | | 609 K | 721 M |

| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=3dGOGQ3EQI8 | Registered | PA 2-401-400 | 609 K | 721 M |
|---|---|---|---|---|---|---|
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=3dGOGQ3EQI8 | Registered | PA 2-401-400 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=-4zrnaJje6M | Registered | PA 2-401-312 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=-4zrnaJje6M | Registered | PA 2-401-314 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=-4zrnaJje6M | Registered | PA 2-401-404 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=A8x8sru-zRA | Not Registered | | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=A8x8sru-zRA | Not Registered | | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=A8x8sru-zRA | Registered | PA 2-401-400 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=A8x8sru-zRA | Registered | PA 2-401-400 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=LFd53QBtdgk | Registered | PA 2-381-497 | 609 K | 721 M |
| V6 News Telugu/Teenmaar | https://www.youtube.com/@teenmaar | https://www.youtube.com/watch?v=-vwjWOHpGks | Not Registered | | 609 K | 721 M |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=3VINCoxwrx4 | Awaiting Certificate | | 33.1M | 19.15B |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=5VN_cdEIGAI | Registered | PA 2-246-408 | 33.1M | 19.15B |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=8Ua8pkWcUpw | Not Registered | | 33.1M | 19.15B |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=C8AoSITGyhk | Registered | PA 2-246-408 | 33.1M | 19.15B |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=PzuisuWzzlY | Registered | PA 2-413-863 | 33.1M | 19.15B |
| Zee News | https://www.youtube.com/@zeenews | https://www.youtube.com/watch?v=U6RRoMZoEBE | Registered | PA 2-360-287 | 33.1M | 19.15B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=-0T-JAAu9e4 | Not Registered | | 14.7 M | 2.25B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=9jmNxn5LeUk | Not Registered | | 14.7 M | 2.25B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=9jmNxn5LeUk | Not Registered | | 14.7 M | 2.25B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=FKMthFVaPIE | Not Registered | | 14.7 M | 2.25B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=TuPUmCj-pjs | Not Registered | | 14.7 M | 2.25B |
| حقائق وأسرار | https://www.youtube.com/@facts806/videos | https://www.youtube.com/watch?v=VUcnjVtAZFU | Not Registered | | 14.7 M | 2.25B |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=7YPYptupJ8U | Not Registered | | 2.43 M | 315M |

| Channel | Channel URL | Video URL | Status | Reg. No. | Subs | Views |
|---|---|---|---|---|---|---|
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=AuooyN6oU2Y | Registered | PAu 3-004-741 | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=FCS4iuDjUHQ | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=FCS4iuDjUHQ | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=FCS4iuDjUHQ | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=fHac6f5XJ7o | Registered | PA 2-246-408 | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=jWoQLM4QPyY | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=jWoQLM4QPyY | Registered | PA 2-354-516 | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=NBuA5E7wcF0 | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=oY8Gu9iWe0Y | Not Registered | | 2.43 M | 315M |
| قوي عقلك | https://www.youtube.com/@factsandsecret/videos | https://www.youtube.com/watch?v=TpPEPFY5b0k | Not Registered | | 2.43 M | 315M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=Ebx7N8wfbgc | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=Ebx7N8wfbgc | Registered | PA 2-360-287 | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=I-DMd2ZP2xc | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=knhdlXb3ymk | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=KpVgchZsAsc | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=KpVgchZsAsc | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=-tctPTZMNts | Not Registered | | 223 | 45.2M |
| لانهاية | https://www.youtube.com/@user-zj9un7pl9s/videos | https://www.youtube.com/watch?v=-tctPTZMNts | Not Registered | | 223 | 45.2M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=AAUW2VPsHr8 | Not Registered | | 458k | 35M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=ar4W_OEefFo | Registered | PA 2-401-400 | 458k | 35M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=AZoWfYynsUw | Not Registered | | 458k | 35M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=AZoWfYynsUw | Not Registered | | 458k | 35M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=DmqxfpU5AoU | Registered | PA 2-407-217 | 458k | 35M |
| لو تعلم؟ لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=hudvEaMJjew | Not Registered | | 458k | 35M |

| | | | | | | |
|---|---|---|---|---|---|---|
| لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=hudvEaMJjew | Not Registered | | 458k | 35M |
| لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=qIVVIj1nG_A | Registered | PA 2-401-400 | 458k | 35M |
| لو تعلم؟ | https://www.youtube.com/@lawtaalam | https://www.youtube.com/watch?v=qIVVIj1nG_A | Registered | PA 2-407-217 | 458k | 35M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=3rdiYgZoVKs | Not Registered | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=cTCFQk1cm6A | Awaiting Certificate | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=pBNTT2miUXM | Not Registered | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=pBNTT2miUXM | Not Registered | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=pBNTT2miUXM | Not Registered | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=pBNTT2miUXM | Not Registered | | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=pBNTT2miUXM | Registered | PA 2-246-408 | 5.42 M | 691M |
| متع ذهنك | https://www.youtube.com/@mate3-thehnk/videos | https://www.youtube.com/watch?v=wed4ccdVSfA | Registered | PA 2-292-814 | 5.42 M | 691M |