# Exhibit 1



| YT Channel | Emails | First Name | Last Name | Phone Number | Address |
|---|---|---|---|---|---|
| Huguitoo | infoyuyua@gmail.com | Judith Liduvina | Alfaro Navez | 51-933-263-734 | Leoncio Prado 431, Huamachuco, La Libertad 13301 |