# Exhibit 2

| Channel Name | Channel Link | Number of Subscribers | Number of Videos | Total Number of Views | Link to Infringement | Registration Status | Link to Original Work | Author |
|---|---|---|---|---|---|---|---|---|
| Huguitoo | https://www.youtube.com/@Huguitoo | 486k | 754 | 106M | https://www.youtube.com/watch?v=WuuX3LMbdCw | Not Registered | https://www.facebook.com/reedtimmer2.0/live_videos | Reed Timmer |
| Huguitoo | https://www.youtube.com/@Huguitoo | 486k | 754 | 106M | https://www.youtube.com/watch?v=men2H79A1og | PA 2-292-814 | https://www.youtube.com/watch?v=MbJ1REudXFI | Brandon Clement |