# Exhibit 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

**PA 2-292-814**

**Effective Date of Registration:**
March 22, 2021

**Registration Decision Date:**
May 20, 2021

---

## Title

**Title of Work:** 2-2-2021 Scituate, Ma Drone shots of massive waves crashing into homes, flooded and damaged homes, sot

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 02, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

Page 1 of 2