# Exhibit 4

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 12/22/2023 10:38:55 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VKM4AILMMBG3GO4C3XGE6T7TYY] YouTube Copyright Complaint Submission

---

ROUND 7 - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1v9sful57n4sd07@google.com>
Date: Sun, Dec 10, 2023 at 9:58 AM
Subject: [VKM4AILMMBG3GO4C3XGE6T7TYY] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=men2H79A1og

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

00525

Owner:
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=men2H79A1og
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Drone catches massive waves crashing into homes from Noreaster February 2nd, 2021.
- Source of video: MbJ1REudXFI
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:36 to 0:00:44 :
  https://www.youtube.com/watch?v=men2H79A1og&t=36
  It appears in your source video from 0:02:15 to 0:02:20 :
  https://www.youtube.com/watch?v=MbJ1REudXFI&t=135

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170
- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=men2H79A1og
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: MbJ1REudXFI
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:36 to 0:00:44 :
      https://www.youtube.com/watch?v=men2H79A1og&t=36
      It appears in your source video from 0:02:15 to 0:02:20 :
      https://www.youtube.com/watch?v=MbJ1REudXFI&t=135

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Dec 9, 2023 copyright@wxchasing.com wrote:

> Video IDs: men2H79A1og

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 12/17/2023 8:32:42 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [UBVGGFC3FZMVOVY4DFYJWAWWBQ] New Copyright Counter Notification

This is from a channel we hit in round 4 that managed to escape. We hit them with another strike in round 7. This is their first counter notification.

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2slthdf19j86g0h@google.com>
Date: Sun, Dec 17, 2023 at 5:06 AM
Subject: Re: [UBVGGFC3FZMVOVY4DFYJWAWWBQ] New Copyright Counter Notification
To: <copyright@wxchasing.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=men2H79A1og

Display name of uploader: Huguitoo

El video que se me reclamó por Copyright, es un video que no es de autoría por la persona y no está protegido por Copyright, He podido indagar y resulta que canales informativos y noticieros tienen el extracto del video el cual yo también utilizo debido a que mi canal es noticiero informativo. por ejemplo este canal lo usa : https://www.youtube.com/watch?v=yHPg3D4C4g0 desde el minuto 3:00 hasta el 03:45 este otro también: https://www.youtube.com/watch?v=j00eaG0CHNE Así como estos https://www.youtube.com/watch?

v=xRv7HUOwU38 https://www.youtube.com/watch?v=UxOlKgARPWas
https://www.youtube.com/watch?v=sHJ7H6V38g8 Considero que: 1- el material corresponde a hechos educativos e informativos el cual he aportado un valor agregado, añadiendo detalles fechas, sucesos y otros sucesos ocurridos. 2- Hice uso legítimo el cual es permitido reutilizar material en circunstancias sin necesidad de un permiso del propietario de esos derechos. 3- No se pretende violentar los derechos de autor, sino agregar contenido de valor, y es exactamente lo que hice en mi video 4- El contenido del video eliminado, es informativo en ámbito noticioso por lo que pido por favor que reconsideren la eliminación y restablezcan el video de uso legítimo 5. Modificación del video: El material visual ha experimentado una modificación integral, ajustándose a las políticas de uso legítimo. 6. Cantidad y relevancia de la parte utilizada: El reclamo se limita a una fracción mínima del video, no afectando los derechos y cumpliendo con los límites establecidos por la ley. 7.Error en la reclamación: Identifico un error o malentendido en la reclamación presentada dado que no pose los derechos . Por ello pido por favor que restablezcan mi video de uso legítimo

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Hugo Luis Juárez Polo

Hugo Luis Juárez Polo
Monserrate Edificio K-2 101
Trujillo, La Libertad 13001
Peru

infohuguitoo@gmail.com

959 103 469

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066