Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06598-JSC |
| Plaintiff, | **APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| JUDITH LIDUVINA ALFARO NAVEZ, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant JUDITH LIDUVINA ALFARO NAVEZ ("Navez") hereto on the ground that Navez has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of Matthew L. Rollin in Support of Motion for Entry of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates that on July 1, 2024, Navez was served with her Summons and the Complaint by alternate service pursuant to this Court's Order dated June 24, 2024, at ECF 38.

The time allowed for Navez to respond to the Complaint has expired. Neither Viral DRM nor the Court has granted Navez an extension of time to respond to the Complaint. Navez has failed to answer or otherwise respond to the Complaint or serve a copy of any Answer or other response upon Viral DRM's attorney of record.

Viral DRM is informed and believes that Navez is not considered an infant or incompetent person. Viral DRM is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff VIRAL DRM LLC requests that a default be entered by the Clerk against Defendant JUDITH LIDUVINA ALFARO NAVEZ and for such other and further relief as to the Court deems just and proper in the premises.

DATED: August 7, 2024                    Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff*
*Viral DRM LLC*