Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06598-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN IN SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| JUDITH LIDUVINA ALFARO NAVEZ, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On May 14, 2024, Viral DRM filed its Amended Complaint against Defendant JUDITH LIDUVINA ALFARO NAVEZ ("Navez") (ECF 28).

3. On July 1, 2024, Navez was served with the Summons and the Complaint by alternate service pursuant to this Court's Order dated June 24, 2024 (ECF 38). Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Navez was served by alternate service with the Summons and a copy of the Complaint.

4. The time allowed for Navez to respond to the Complaint has expired.

5. Navez has not been granted an extension of time to respond to the Complaint.

6. Navez has failed to answer or otherwise respond to the Complaint, or serve a copy of her Answer or other response upon Viral DRM's attorneys of record.

7. I am informed and do not believe that Navez is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2024

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN