# EXHIBIT A

Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

Counsel for Plaintiff
Viral DRM LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-06598-JSC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| JUDITH LIDUVINA ALFARO NAVEZ, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby submits its Proof of Service of the Summons and Complaint directed to Defendant JUDITH LIDUVINA ALFARO NAVEZ ("Navez").

On July 1, 2024, Viral DRM served the summons, Complaint and Order granting the Motion for Alternative Service to Navez via the email addresses provided by Defendant and Google. The email included a direct link to the www.sriplaw.com/notice website where all documents associated with this matter are available for Navez to access and download. Attached hereto as **Exhibit 1** is the email sent to Navez.

Additionally, on July 1, 2024, Viral DRM sent Navez a WhatsApp message, via the phone number provided by Navez and/or Google. The message contained a direct link to the

www.sriplaw.com/notice website where all documents associated with this matter are available for Navez to access and download.

DATED: July 1, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew L. Rollin*
　　　　　　　　　　　　　　　　　　　　MATTHEW L. ROLLIN
　　　　　　　　　　　　　　　　　　　　**SRIPLAW, P.A.**
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Viral DRM LLC*

# Exhibit 1

7/1/24, 2:19 PM
Case 23-cv-06585-JSC Viral DRM LLC v. Navez
Case 3:23-cv-06585-JSC Document 42 Filed 07/02/24 Page 5 of 6

# Viral DRM LLC v. Judith Navez ID: 10650

**Viral DRM <viraldrm@sriplaw.com>**

Mon 7/1/2024 12:58 PM

To:infohuguitoo@gmail.com.readnotify.com <infohuguitoo@gmail.com.readnotify.com>
Cc:Matthew Rollin <matthew.rollin@sriplaw.com>

📎 3 attachments (920 KB)
10650-DE 0028 AMENDED COMPLAINT for Intellectual Property Infringement Removal of Copyright Management Informatio (2024 05 14) (1).pdf; 10650-DE 0031 Summons Issued as to Judith Liduvina Alfaro Navez (2024 05 15).pdf; 10650-DE 0038 ORDER by Judge Jacqueline Scott Corley granting as modified [36] Administrative Motion for Alternati (2024 06 24).pdf;

PLEASE TAKE NOTICE. A lawsuit has been filed against you.

**Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney whose information appears below and on the attached documents.**

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

All the documents in this case are collected and posted online at the following link: https://www.sriplaw.com/notice/.

Stay safe & healthy,



21301 Powerline Road
Suite 100
Boca Raton, FL 33433
(561) 404-4350
Viraldrm@sriplaw.com
www.sriplaw.com



| | | |
|---|---|---|
| **WhatsApp** | | — □ × |

**Chats**

🔍 Search or start a new chat

| | +51 933 263 734 | 2:08 PM |
|---|---|---|
| | ✓✓ PLEASE TAKE NOTICE. A lawsuit has... | |

| | SRIP.CO | 6/29/2024 |
|---|---|---|
| | Joel: Con mucho gusto!!! | |

| | +7 989 277-77-59 | 6/12/2024 |
|---|---|---|
| | ✓✓ PLEASE TAKE NOTICE. A lawsuit has... | |

| | +380 67 457 1455 | 6/12/2024 |
|---|---|---|
| | ✓✓ PLEASE TAKE NOTICE. A lawsuit has... | |

| | +34 684 33 51 40 | 6/12/2024 |
|---|---|---|
| | ✓✓ PLEASE TAKE NOTICE. A lawsuit has... | |

| | +1 (256) 458-6981 | 6/12/2024 |
|---|---|---|
| | ✓ PLEASE TAKE NOTICE. A lawsuit has... | |

| | WhatsApp ✓ | 5/17/2024 |
|---|---|---|
| | 📹 Undo "Delete for me" Ever meant to... | |

| | Fernando Andres | 4/18/2024 |
|---|---|---|
| | ✓✓ I think it is worth 14 cents. Not even... | |

| | Jamie Slominski | 12/25/2023 |
|---|---|---|
| | ✓✓ Merry Christmas! I hope Santa brou... | |

| | +598 93 510 264 | 12/17/2023 |
|---|---|---|
| | "Hi Jamie, it's Dayana here. Could you p... | |

| | Tony | 12/17/2023 |
|---|---|---|
| | ✓✓ 🖼 Image | |

| | SRIPLAW | 6/12/2024 |
|---|---|---|
| | Group members have changed. Select t... | |

**+51 933 263 734**

🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Select to learn more.

> PLEASE TAKE NOTICE. A lawsuit has been filed against you.
> All the documents in this case are collected and posted online at the following link: https://www.sriplaw.com/notice/.
>
> 2:08 PM ✓✓