# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counterclaim Notice |
|---|---|---|---|---|---|---|
| https://www.youtube.com/watch?v=WuuX3LMbdCw | https://www.facebook.com/reedtimmer2.0/live_videos | Not Registered | Reed Timmer Extreme Meteorologist Live Videos | Reed Timmer | NO | No |
| https://www.youtube.com/watch?v=men2H79A1og | https://www.youtube.com/watch?v=MbJ1REudXFI | PA 2-292-814 | 2-2-2021 Scituate, Ma Drone shots of massive waves crashing into homes, flooded and damaged homes, sot | Brandon Clement | YES | YES |