**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRAL DRM LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JUDITH LIDUVINA ALFARO NAVEZ,<br><br>    Defendant. | CASE NO.: 3:23-cv-06598-JSC<br><br>**[proposed] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL THE SUPPLEMENTAL EXHIBIT TO PLAINTIFF'S MOTION FOR FINAL DEFAULT** |

Before the Court is Plaintiff VIRAL DRM LLC's Administrative Motion to Seal.  The court, having considered the Motion and having found good cause, therefore hereby **ORDERS** that the motion is **GRANTED.**  Plaintiff's Supplemental Exhibit to its Motion for Default Judgment is hereby sealed.

Dated:

_____
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE